NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICO CIELO, DOC #579193,        )
                                )
        Appellant,              )
                                )
v.                              )        Case No.  2D15-2975
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____ )

Opinion filed June 20, 2018.

Appeal from the Circuit Court for Polk
County; Reinaldo Ojeda, Judge.

Elizabeth Everson of Everson Legal, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Peter N. Koclanes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and BADALAMENTI and ROTHSTEIN-YOUAKIM, JJ., Concur.